Notice of Appeal

William Robert Parker

V.S.

123rd Judicial District Court of Panola County Texas

In the Sixth Court of Appeals for the State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

APR 2 0 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

APR 2 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Cause # 13,122

Notice of Appeals

This is Notice of Appeal from Panola County Cause # 13,122 William Robert Parker V.S. the 123rd Judicial District Court of Panola County Further More Forma Paupus is also Included with this Notice of Appeal to Sixth Court of appeals Only.

Deleetration

I William Robert Parker state notice of Appeal is true and Correct on this the 16 Day of April 2015 by my Signature of William Robert Parker

Signature
William Robert Parker

Page one
4-16-2015
W. R. P.

Certificat of Service

I William Robert Parker state by Declaration a true Original of Notice of Appeal is Mailed by Regular Mail to Debra Johnson District Clerk Panola County Texas 110 S. Sycamore Street Room 227 Court House Cartage Texas 75633 and The Sixth Court of Appeals at Bi State Justice Building 100 North State Line Road Ane # 20 Texarkana Texas 75501 on this the 16 day of April 2015 by My Signature of William Robert Parker

Signature
William Robert Parker

4-16-2015
Page two
Wo Ro Po

*Notice of Appeal*

CASE NUMBER 13,122

William Robert Parker            §
                                 §
        v.                       §
                                 §    CAUSE NO._____
STATE OF TEXAS                   §    *Sixth Court of Appeal #*
                                 §

<hr>

DECLARATION OF INABILITY TO PAY COST

NOW respectfully comes <u>William Robert Parker</u> TDCJ-ID NO. <u>00325353</u> and declare that I am unable to pay court cost in this action and request leave of the court to procede in forma pauperas in this accompanying action and would show the court the following:

I william Robert Parker state by declaration, that I do not have sufficiant funds in my account to pay for the filling of this out of time appeal and ask the Court to wave the filling fee and declare the Petitioner a pauper and allow the Petitioner to proceed in forma pauperas.

(1) I, William Robert Parker TDCJ-ID NO. 00325353 being presently incarcerated in the L.C. Powledge Unit of the TDCJ-CID in Anderson County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 16 day of April , 2015

William Robert Parker, Petitioner, Pro Se
TDCJ-ID NO. 00325353
L.C. Powledge Unit / TDCJ-CID
1400 FM 3452
Palestine, Texas 75803

Page 3

4-16, 2015
W.R.P.